### *SYNDICS OF McCULLOUGH* vs. *FANCHONETTE.*

Judgment against the holder of sequestered property, not cited, set a side.

A writ of sequestration being prayed for and obtained, a copy of the petition was left at the domicil of the person who held the property, without a citation. Judgment by default, being taken against him, the court, on the motion of *Depeyster,* sat it aside : saying that no judgment could be taken against a man who was not cited to appear.

*Hennen* for the plaintiffs.